United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MERYL POMPONIO,

    Plaintiff,

  v.

ANM SALES INC., et al.,

    Defendants.

Case No. 20-cv-04146-DMR

**ORDER TO SHOW CAUSE RE SERVICE OF COMPLAINT**

Plaintiff Meryl Pomponio filed the complaint on June 23, 2020. It appears that the summons and complaint have not yet been served on Defendant. Pursuant to Federal Rule of Civil Procedure 4(m), the court must dismiss an action without prejudice if a defendant is not served within 90 days after the complaint is filed. Accordingly, Plaintiff is hereby ORDERED to show cause in writing by no later than October 16, 2020 why this action should not be dismissed without prejudice for failure to serve the summons and complaint on Defendant.

**IT IS SO ORDERED.**

Dated: October 9, 2020



Donna M. Ryu
United States Magistrate Judge