UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Meryl Pomponio ,

    Plaintiff(s)

v.

ANM Sales Inc. et al ,

    Defendant(s)

Case No. C 4:20-cv-04146-DMR

NOTICE OF SETTLEMENT OF ADA ACCESS CASE

(ADA ACCESS CASES)

The parties have reached an agreement to resolve this action in its entirety and intend to file a dismissal within  90  days.

Date:  November 24th, 2020

Signed: /s/Daniel Malakauskas
    Attorney for Plaintiff(s)

Signed: /s/Celia Lilianne Guzman
    Attorney for Defendant(s)

*Important! E-file this form in ECF using event name: "Notice of Settlement of ADA Access Case"*

*Form GO 56- Notice of Settlement of ADA Access Case – new 01-2020*