DANIEL MALAKAUSKAS, *Cal. Bar. No.:265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
Email: daniel@malakauskas.com

*Attorney for Plaintiff*: **Meryl Pomponio**

CELIA LILIANNE GUZMAN, *Cal. Bar No.:325616*
HANSON BRIDGETT LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
Tel: 415-777-3200 / Fax: 415-541-9366
Email: cguzman@hansonbridgett.com

*Attorney for Defendants: **ANM Sales Inc., Patricia R. Winkenbach, Paul E. Green, and Corinne W. Green***

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **MERYL POMPONIO**,<br><br>                    Plaintiff,<br><br>v.<br><br>**ANM SALES INC.,** as an entity and doing business as "Elite Motor Cars", **PATRICIA R. WINKENBACH,** as an individual and trustee of the Patricia R. Winkenbach Inter Vivos Trust, **PAUL E. GREEN**, as an individual and trustee of the Green Family Trust dated August 18, 2007, **CORINNE W. GREEN**, as an individual and trustee of the Green Family Trust dated August 18, 2007, and **DOES** 1-50, Inclusive,<br><br>                    Defendants. | Case No.: 4:20-cv-04146-DMR<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Date:  March 19th, 2021					/s/Daniel Malakauskas_____
								By: Daniel Malakauskas, of,
								MALAKAUSKAS LAW, APC,
								Attorney for Plaintiff

Date:  March 19th, 2021					/s/Celia Lilianne Guzman_____
								By: Celia Lilianne Guzman, of,
								HANSON BRIDGETT LLP, Attorney
								for Defendants